

Littler
Employment & Labor Law Solutions Worldwide

**MEMO ENDORSED**

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

May 2, 2013

George B. Pauta
212.497.8483 direct
212.583.9600 main
646.417.6202 fax
gpauta@littler.com

**VIA FACSIMILE TRANSMISSION (212.805.7949)**

Hon. P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY  10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-3-13
```

Re:   **Lebron et al. v. Apple-Metro, Inc. et al.**
      **Index No. 13-CV-1411 (PKC)**

Dear Judge Castel:

We represent Defendants in the above-referenced matter.  On April 29, 2013, Plaintiffs filed an amended complaint in the instant action, which was served on Defendants by mail.  We write to request that the Initial Pretrial Conference currently scheduled for May 10, 2013 at 12:30 p.m. be adjourned to a later date (and that, as a corollary, the due date for the joint letter ordered to be submitted five days before the Pretrial Initial Conference be similarly adjourned).  My partner, Craig Benson, and I, both of whom are counsel for Defendants in the case, will be in Arizona from May 8, 2013 through May 10, 2013 for a firm matter.  Moreover, we submit that adjournment of the conference makes sense in light of the fact that Defendants will have not responded to the amended complaint by the date of the conference.  This is Defendants' first request to adjourn the conference and Plaintiffs' counsel has provided their consent.  The parties agree that Defendants shall respond to the amended complaint on or before May 16, 2013.

Respectfully,

George B. Pauta
GBP/gp

cc:   Ariel Y. Graff (via fax)
      Attorney for Plaintiffs

Conference Adjourned

From: May 10
To: May 29 at 11:00 a.m.
SO ORDERED:

P. KEVIN CASTEL, U.S.D.J.
Date: 5-2-13

littler.com